THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN HICKEY, Appellant.

Submitted January 17, 1939; decided February 21, 1939.

*Walter L. Post* for appellant.

*John J. Bennett, Jr., Attorney-General (Sol Ullman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.